# EXHIBIT 4

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE

ANTIGUA AND BARBUDA
CLAIM NO. ANUHCV2023/0239 and ANUHCV2023/0254
BETWEEN:

    1. FLYING DUTCHMAN LTD.
    2. VITA FELICE LTD.

                              Claimants/Applicants

and

    1. THE PORT MANAGER OF THE ANTIGUA & BARBUDA PORT AUTHORITY
    2. THE ATTORNEY GENERAL

                              Defendants/Respondents

AND

ANTIGUA AND BARBUDA
CLAIM NO. ANUHCV2023/0220
BETWEEN:

    YULIA GURIEVA-MOTLOKHOV

                              Claimant

and

    1. THE PORT MANAGER OF THE ANTIGUA & BARBUDA PORT AUTHORITY
    2. THE DIRECTOR OF THE ANTIGUA AND BARBUDA DEPARTMENT OF MARINE AFFAIRS AND MERCHANT SHIPPING
    3. ATTORNEY GENERAL OF ANTIGUA AND BARBUDA

                              Defendants

**SETTLED DRAFT ORDER**

**BEFORE   :   THE HONOURABLE JUSTICE RENE WILLIAMS (IN CHAMBERS)**

**DATED   :   THE   22nd   DAY OF   July   2024**
**ENTERED :   THE           DAY OF           2024**

**APPEARANCES:**   Mr. Thomas Roe KC with Mr. Andrew O'Kola for the Claimants in Claim No. ANUHCV2023/0254 and ANUHCV2023/0239
Mr. Anthony Astaphan SC with Carla Brookes-Harris, Ms. Alicia Aska, Ms. Joy Dublin, Ms. Rose-Ann Kim and Mr. Zachary Phillips for the Defendants in all claims
Mr. Robin Barclay KC with Dr. David Dorsett for the Claimant in Claim No. ANUHCV2023/0220

**PRESENT:**  Mr. Shane Giles with Diana Czugler representing Claimants in Claim No. ANUHCV2023/0239 and ANUHCV2023/0254
Mr. Darwin Telemaque and Ms. Kimberly King as representative for the Defendants
Mr. Matthew Getz as representative for the Claimant in claim no. ANUHCV2023/0220

**UPON AN APPLICATION** for an interim injunction filed by the Claimants in Claim Nos. ANUHCV2023/0239 and 254 on 2nd July 2024 coming on for hearing

**AND UPON AN APPLICATION** for the substitution of parties filed by the Claimants in Claim Nos. ANUHCV2023/0239 and 254 on 22nd July 2024

**AND UPON** Claim Nos. ANUHCV2023/0220, ANUHCV2023/0239 and ANUHCV2023/0254 coming on for Pre-Trial Review

**AND UPON THE COURT NOTING** that the M/Y Alfa Nero has been sold but the details of such sale have not been disclosed by the Defendants

**AND UPON THE CLAIMANTS** seeking an order for the purchase price to be paid into court pending the final determination of this claim

**AND UPON HEARING** counsel for the parties

**IT IS HEREBY ORDERED:**

1. The parties shall be at liberty to submit a draft pre-trial order for review and approval by 24th July 2024.

2. The Defendants shall by Thursday, 25th July 2024 file an affidavit and exhibit relevant documents which provide details of the sale of M/Y Alfa Nero including the purchase price, details of whether the said price has been paid and the present location of the vessel.

3. A decision on the Claimant's applications will be delivered on a date to be notified by court office.

4. The matter is adjourned for further hearing on a date to be notified by the court office.

5. The Claimants in Claim Nos. ANUHCV2023/0239 and 0254 shall have carriage of this order.

BY THE COURT

REGISTRAR

Rene Williams
Approved
24.7.2024