# EXHIBIT 6



FILED
HIGH COURT
ANTIGUA AND BARBUDA

**Case Number :ANUHCV2023/0239**

**Submitted Date:25/07/2024 12:35**

**Filed Date:25/07/2024 12:36**

**Fees Paid:0.00**

## THE EASTERN CARIBBEAN SUPREME COURT
## IN THE HIGH COURT OF JUSTICE
## ANTIGUA AND BARBUDA

**CLAIM NO: ANUHCV2023/0239**
**BETWEEN**

**FLYING DUTCHMAN OVERSEAS LTD**
**(1) VITA FELICE**

Applicants/Claimants

-and-

**THE PORT AUTHORITY**

Defendant

### AFFIDAVIT IN RESPONSE TO APPLICATION FOR INTERIM INJUCTION

(pursuant to Order dated 22nd July, 2024)

I, **Rasona Davis-Crump**, in my capacity of Financial Secretary, of the Ministry of Finance and Corporate Governance, Parliament Drive in the Parish of St. John's within the State of Antigua and Barbuda make oath and say as follows:

1. I have been employed in the Ministry of Finance for over nineteen (19) years, held the position of Deputy Financial Secretary from 2009 to 2022 and was appointed the Financial Secretary in January 2023.

2. I depose to the information herein from matters within my own knowledge and where the matters deposed are not within my own knowledge I indicate the source of the information. All of the information contained in this Affidavit is true to the best of my knowledge, information and belief.

3. I make this Affidavit pursuant to the Order of the Court made herein on the 22nd July, 2024.

4. I am aware that the mega yacht M/Y Alfa Nero was sold at the agreed purchase price of Forty Million United States Currency Dollars ($US40,000,000.00). The transaction was completed on the 18th July, 2024 when the agreed purchase price, less the broker fees and charges, was paid into the Consolidated Fund.

5. Upon receiving the funds into its account, the Government issued payments to cover expenses for the provision of services and supplies, maintenance, and other costs and obligations associated with and incurred by the M/Y Alfa Nero. The balance of funds remaining after settlement of these expenses was allocated to help address fiscal needs of the Government.

6. I am aware that there may be other expenses related to the vessel which the Government will be required to settle. I am advised by Counsel and verily believe that these other expenses include but are not limited to a claim by Alblasserdam Yachtbuilding B. V. for €1,431,278.91 and Tina Westwood who has also claimed the sum of XCD$415,347,07 plus cost and fees in the matter of ANUHAD2024/0001 – Tina Westwood d.b.a. Caribbean Concierge Services vs. Owners of M/Y Alfa Nero.

7. I am aware that the said sale was conducted pursuant to the terms of a sale agreement and that the agreement is subject to certain confidentiality clauses which prevent the parties from disclosing its full contents. I have attached and exhibited as "RDC1" a copy of the email received from the Government's banker together with the wire transfer details. I have been advised by Counsel and verily believe that given the terms of the confidentiality clause, the disclosure should be sealed so that the Court only would have knowledge of the contents of the documents.

8. It is unclear from the terms of the Order, as stated in paragraph 2, as to what precise documents the Court is requesting. In light that there is a non-disclosure agreement and in fear of breaching the agreement and the Court's order, the Respondent is willing to provide further details if what is provided is not sufficient.

9. To the best of my knowledge information and belief the vessel is situated at Falmouth Harbour, St. Paul's, Antigua.

AFFIRM at the High Court of Justice )
Parliament Drive, St. John's, Antigua)
this 25.. day of July, 2024 before me)            Rasona Davis-Crump
Before me:-                                                )
                                                           )
                                                           )
                                                           )
                                                           )

**COMMISSIONER OF OATHS**

**COMMISSIONER FOR OATH**
**ANTIGUA & BARBUDA**