# EXHIBIT 7

**Case Number :ANUHCV2023/0239**



FILED
HIGH COURT
ANTIGUA AND BARBUDA

### THE EASTERN CARIBBEAN SUPREME COURT
### IN THE HIGH COURT OF JUSTICE
### ANTIGUA AND BARBUDA

**Submitted Date:16/08/2024 15:52**

**Filed Date:16/08/2024 15:56**

CLAIM NO: ANUHCV2023/0239
BETWEEN

**Fees Paid:0.00**

### FLYING DUTCHMAN OVERSEAS LTD

### (1) VITA FELICE

**Applicants/Claimants**

### -and-

### THE PORT AUTHORITY

**Defendant**

---

### SUPPLEMENTAL AFFIDAVIT IN RESPONSE
### (pursuant to Order dated 12 August, 2024)

---

I, **Rasona Davis-Crump**, in my capacity of Financial Secretary, of the Ministry of Finance and Corporate Governance, Parliament Drive in the Parish of St. John's within the State of Antigua and Barbuda make oath and say as follows:

1. I have been employed in the Ministry of Finance for over nineteen (19) years, held the position of Deputy Financial Secretary from 2009 to 2022 and was appointed the Financial Secretary in January 2023.

2. I depose to the information herein from matters within my own knowledge and where the matters deposed are not within my own knowledge I indicate the source of the information. All of the information contained in this Affidavit is true to the best of my knowledge, information and belief.

3.  I make this Affidavit pursuant to the Order of the Court made herein on the 12th August, 2024.

4.  I am aware that the mega yacht M/Y Alfa Nero was sold at the agreed purchase price of Forty Million United States Dollars ($US40,000,000.00). The amount deposited to the Consolidated Fund 18th July, 2024 was Thirty Six Million United States Dollars (US$36,000,000.00). Attached and exhibited as *"RDC1"* is a copy of the email received from the Government's banker together with the wire transfer details confirming the amount deposited.

5.  Upon receiving the funds into its account, the Government issued payments to cover expenses for the provision of services and supplies, maintenance, and other costs and obligations associated with and incurred by the M/Y Alfa Nero. These include:

    a.  XCD$8,436,212.34 equivalent to €2,716,443.63 paid to the Registrar of the High Court in accordance with the Consent Order dated June 30, 2023.
    b.  US$2,962,426.61 paid to Marina and Resort Ltd. in accordance with the Letter of Undertaking issued by the Antigua and Barbuda Port Authority to the company for services provided in respect of Alfa Nero.
    c.  $1,874,840.00 paid to West Indies Oil Company for provision of fuel to Alfa Nero.
    d.  $426,685.77 paid in respect of ANUHAD2024/0001 Tina Westwood D.B.A. Caribbean Concierge Services v The Owner of M/Y Alfa Nero.

Attached and collectively exhibited as *"RDC2"* are copies of the receipts evidencing payment of the aforementioned sums.

6.  I am aware that there may be other expenses related to the vessel which the Government will be required to settle. I am advised by Counsel and verily believe that these other expenses include but are not limited to a claim by Alblasserdam Yacht building B. V. for €1,431,278.91 and further costs and fees that may be incurred in the matter of ANUHAD2024/0001 – Tina Westwood d.b.a. Caribbean Concierge Services vs. Owners of M/Y Alfa Nero.

7.  I am also aware that approximately US$29 million of the proceeds of the sale were used to help address fiscal needs of the Government. This amount was used to settle obligations to domestic and external creditors and suppliers including but not limited to:

    i.   Eastern Caribbean Central Bank
    ii.  Caribbean Development Bank
    iii. Software One Inc.
    iv.  Judgement Debts and Land Compensation Awards

Attached and collectively exhibited as **"RDC3"** are copies of the receipts evidencing payment of these aforementioned sums.


AFFIRM at the High Court of Justice )
Parliament Drive, St. John's, Antigua)
This 16th day of August, 2024 before )
me:-                                 )
                                     )
                                     )
                                     )
.......................................  )

**COMMISSIONER OF OATHS**
*José B.T. Laurent (Ms,*
**Attorney-at-Law, Notary Public**
P.O. Box 1753
St. John's, Antigua

Rasona Davis-Crump

**FILED**
**HIGH COURT**
**ANTIGUA AND BARBUDA**

### THE EASTERN CARIBBEAN SUPREME COURT
### IN THE HIGH COURT OF JUSTICE
### ANTIGUA AND BARBUDA

**Submitted Date:16/08/2024 15:56**

**Filed Date:16/08/2024 15:56**

**CLAIM NO: ANUHCV2023/0239**
**BETWEEN**

**Fees Paid:0.00**

**FLYING DUTCHMAN OVERSEAS LTD**

**(1) VITA FELICE**

**Applicants/Claimants**

**-and-**

**THE PORT AUTHORITY**

**Defendant**

### CERTIFICATE OF EXHIBITS

These are the Exhibits referred to in the Supplemental Affidavit of Rasona Davis-Crump and marked **"RDC1"** to **"RDC3"**.

Dated 16th August, 2024

.................................................



*Jost B.T. Laurent (Ms,*
*Attorney-at-Law Notary Public*
*P.O. Box 1753*
*St. John's, Antigua*

**FW: Wire Receipt**



**From:** [REDACTED]
**Sent:** Friday, July 19, 2024 9:15 AM
**To:** [REDACTED]
**Cc:** [REDACTED]
<BA[REDACTED]
**Subject:** RE: Wire Receipt

[WARNING] This email originated from outside of the GOAB platform. [DO NOT] click on links or attachments from senders you do not expect or recognize. Verify the source. Thank you for helping to keep the network safe!!!!!.

Good morning [REDACTED]

We confirm that confirmation was received from the Fed late yesterday that the funds were processed to our account. The funds will be processed to your call account for value 18 July 2024 as per below copy of the confirmation.



Best regards

"RDC 1"

:20/Sender's Reference

:23B/BANK OPERATION CODE

:32A/Value Date/Curr/Interbank Sett.Amt. : 240719USD36000000,00

:50K/Ordering Customer

:53B/Sender's Correspondent

:56A/Intermediary Institution

:57A/Account With Institution

:59/Beneficiary Customer

GOVERNMENT OF ANTIGUA AND BARBUDA

:70/Remittance Information

: BALANCE PURCHASE PRICE FOR ALFA NER

O IN ACCORDANCE WITH SALE PURCHASE

AGREEMENT DATED 03 07 2024

:71A/Details of Charges

: OUR

:72/Sender to Receiver Information

: /NODEDUCT/

-}

ADC 2(a)"

**FROM:**  Accountant General - Antigua                     **TEST NUMBER:**  ████████

**20  MESSAGE NUMBER:**  ████████                **MESSAGE DATE:**  23rd July 2024

**32  VALUE DATE:**        23rd July 2024
  **CURRENCY:**       XCD
  **AMOUNT:**         $8,436,212.34

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

  **NAME:**  ████████████████████████████
  **NUMBER:**

**56  INTERMEDIARY BANK:**
  **NAME:**  ████████████████████
  **ADDRESS:**

**57 BENEFICIARY'S BANK:**
  **NAME:**  ██████████████████      **Swift:**  ██████████
  **ADDRESS:**

  **ACCOUNT NUMBER AT INTERMEDIARY BANK:**  ████████
  **(must only be used if field "56" is completed)**

**59  BENEFICIARY:**
  **NAME:**             Registrar of High Court
                       St. John's, Antigua

  **ACCOUNT NUMBER:**  ████████

  **70 DETAILS OF PAYMENT:**  To payment of settlement of Obligations:
                          Alfa Nero –Consent Order
                          Dated 30.06.2023

**72** ████████████████████████████████

**TEST AGREED BY:**  ████████████████

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | **Date:** | | | | |
| | **Input** | **Verified** | **Authorised** | **Initial** | **Date** |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |

RDC 2(b)"

**FROM:** Accountant General - Antigua

**TEST NUMBER:** ▮

**20  MESSAGE NUMBER:** ▮

**MESSAGE DATE:**   24ᵗʰ July 2024

**32  VALUE DATE:**   24ᵗʰ July 2024
**CURRENCY:**   **USD**
**AMOUNT:**   **$2,962,426.61**

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

**NAME:** ▮
**NUMBER:** ▮

**56  INTERMEDIARY BANK:**
**NAME:** ▮
**ADDRESS:** ▮

**57 BENEFICIARY'S BANK:**

**NAME:** ▮

**ACCOUNT NUMBER AT INTERMEDIARY BANK:** ▮

**59  BENEFICIARY**   **Marina and Resort Ltd.**
**NAME:**   Falmouth Harbour, Antigua, W.I

**ACCOUNT NUMBER:** ▮

**70 DETAILS OF PAYMENT:** To facilitate payment of settlement on outstanding fees and expenses for Alfa Nero being docked at the Marina as per letter of undertaking dated 15.07.24

**72** ▮

**TEST AGREED BY:**    **DATE & REGISTRATION #:**

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | Date: | | | | |
| | Input | Verified | Authorised | Initial | Date |
| GOVERNMENTS & OTHER INSTITUTIONS | | | | | |
| PAYMENTS & SETTLEMENTS | | | | | |

**FROM:** Accountant General - Antigua                    **TEST NUMBER:**

**20 MESSAGE NUMBER:**                                    **MESSAGE DATE:** 24ᵗʰ July 2024

**32 VALUE DATE:** 24ᵗʰ July 2024
**CURRENCY:** EC
**AMOUNT:** $1,874,840.00

**53 DETAILS OF ACCOUNT TO BE DEBITED:**

**NAME:**
**NUMBER:**

**56 INTERMEDIARY BANK:**
**NAME:**
**ADDRESS:**                                             SWIFT:

**57 BENEFICIARY'S BANK:**                               Routing

**NAME:**
**ADDRESS:**

**ACCOUNT NUMBER AT INTERMEDIARY BANK:**

**59 BENEFICIARY**
**NAME:**        The West Indies Oil Company Limited
                Friars Hill Road
                St. John's, Antigua

**ACCOUNT NUMBER:**

**70 DETAILS OF PAYMENT:** To facilitate payment of supplying fuel to facilitate the operations of
                          Alfa Nero during its period of neglect.

**72 FUNDED BY (indicate the option which applies):**



**TEST AGREED BY:**                    **DATE & REGISTRATION #:**

| UNIT | FT# | | | Sent for Filing by: | |
|------|-----|--|--|---|---|
| | Date: | | | | |
| | Input | Verified | Authorised | Initial | Date |
| **GOVERNMENTS &** **OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS &** **SETTLEMENTS** | | | | | |

"RDC 2(d)"

**FROM:** Accountant General - Antigua                    **TEST NUMBER:**

**20  MESSAGE NUMBER:**                          **MESSAGE DATE:**    30th July 2024

**32  VALUE DATE:**      30th July 2024
    **CURRENCY:**        XCD
    **AMOUNT:**          $308.903.93

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

    **NAME:**
    **NUMBER:**
                                                            **Swift:**

**56  INTERMEDIARY BANK:**
    **NAME:**
    **ADDRESS:**

**57  BENEFICIARY'S BANK:**
    **NAME:**                                          **Swift:**
    **ADDRESS:**

    **ACCOUNT NUMBER AT INTERMEDIARY BANK:**
    **(must only be used if field "56" is completed)**

**59  BENEFICIARY:**
    **NAME:**            Registrar of High Court
                        St. John's, Antigua

    **ACCOUNT NUMBER:**

**70 DETAILS OF PAYMENT:**   To facilitate payment for the release of the Vessel-Alfa Nero
                            Dated 26.07.2024

**72 FUNDED BY (indicate the option which applies):**

**TEST AGREED BY:**

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | **Date:** | | | | |
| | **Input** | **Verified** | **Authorised** | **Initial** | **Date** |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |

RDC 2(d) "

**Government of Antigua and Barbuda**
Payment Voucher- TR 3

FILE COPY
Debit Unit

Department: **TREASURY**

Department Folio No: 6/13006
Date 30-7 2024



| Expense Voucher No. | Temp. No | Payee Name | | Vendor Code |
|---|---|---|---|---|
| | | Marshall and Company | | |
| Commitment/Obligation No. | Description of Expense | | | |
| | | Court Order: Claim No. ANUHAD2024/0001 | | |

| Fund | Activity | Department | Detail Line Item | Authority | Detailed Description | Quantity | Unit | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 1000 | 901424 | 0801 | 38006 | General Warrant | To payment by court ordered on Claim No.ANUHAD2024/0001 dated 26th July, 2024, between Tina Westwood versus the Owners of M/Y Alfa Nero as legal representation for the release of the vessel.<br><br>Amount due:    $117,781.84 | | | 117,781.84 |
| | | | | | | Gross Amount | | 117,781.84 |

PAID by Cheque
JUL 30 2024
Antigua Treasury

Here insert certificate required by F.I. No. 53

CERTIFIED CORRECT
Rate
S.A-O

Payment Voucher Prepared by:

I certify that the above account is correct and is in order for payment in accordance with the financial regulations in force in Antigua and Barbuda and that funds are available

Date  30-7-2024                    Department Heads
                                        Accountant General

FOR TREASURY USE ONLY
PAYMENT MODE-------------------

RECEIVED PAYMENT OF THE SUM: ---One hundred seventeen thousand seven hundred eighty-one and 84/100------------------------DOLLARS

STAMP

| Bank Account | Cheque No. | Cheque Date |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |

Date............    Signature_____
Witness to Payment: _____

Examined and Passed for Payment by: Accountant General

"RDC 3 (i)"

**FROM:**  Accountant General - Antigua                    **TEST NUMBER:** ▇▇▇▇

**20  MESSAGE NUMBER:** ▇▇▇▇                    **MESSAGE DATE:**  19th July 2024

**32  VALUE DATE:**        19th July 2024
     **CURRENCY:**        EC
     **AMOUNT:**          $23,282,301.37

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

     **NAME:**
     **NUMBER:**

**56  INTERMEDIARY BANK:**
     **NAME:**
     **ADDRESS:**

**57  BENEFICIARY'S BANK:**
     **NAME:**

     **ACCOUNT NUMBER AT INTERMEDIARY BANK:**

**59  BENEFICIARY**
     **NAME:**

     **ACCOUNT NUMBER:**

**70  DETAILS OF PAYMENT:** To facilitate payment of Principal and Interest on ECCB Temporary advance
                          XCD $23 Million ▇▇▇▇▇▇▇▇▇▇

**72  FUNDED BY (indicate the option which applies):**

                                                  .......

**TEST AGREED BY:**

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | **Date:** | | | | |
| | **Input** | **Verified** | **Authorised** | | |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | **Initial** | **Date** |
| **PAYMENTS & SETTLEMENTS** | | | | | |

RDC 3 43"

**FROM:**    Accountant General – Antigua                    **TEST NUMBER:** ▮

**20** **MESSAGE NUMBER:** ▮                              **MESSAGE DATE:**   19th July 2024

**32** **VALUE DATE:**        19th July 2024
      **CURRENCY:**        EC
      **AMOUNT:**          $20,103,561.64

**53** **DETAILS OF ACCOUNT TO BE DEBITED:**

      **NAME:** ▮
      **NUMBER:** ▮

**56** **INTERMEDIARY BANK:**
      **NAME:**
      **ADDRESS:**

**57 BENEFICIARY'S BANK:**
      **NAME:** ▮

      **ACCOUNT NUMBER AT INTERMEDIARY BANK:**

**59** **BENEFICIARY**
      **NAME:** ▮

      **ACCOUNT NUMBER:** ▮

**70 DETAILS OF PAYMENT:** To payment of Principal and Interest on ECCB Temporary advance XCD
                    $20 million ▮

**72 FUNDED BY (indicate the option which applies):**

▮

**TEST AGREED BY:**                    **DATE & REGISTRATION #:**

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | Date: | | | | |
| | Input | Verified | Authorised | Initial | Date |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |

"RDC 3 (ii)"

**FROM:**   Accountant General - Antigua          **TEST NUMBER:** ▮

**20   MESSAGE NUMBER:** ▮

**MESSAGE DATE:**   19ᵗʰ July 2024

**32   VALUE DATE:**          19ᵗʰ July 2024
      **CURRENCY:**          **USD**
      **AMOUNT:**            **$5,522,265.62**

**53   DETAILS OF ACCOUNT TO BE DEBITED:**

      **NAME:**
      **NUMBER:**

**56   INTERMEDIARY BANK:**
      **NAME:**
      **ADDRESS:**

**57 BENEFICIARY'S BANK:**                          ABA ▮
                                                 SWIFT: ▮

      **NAME:**

      **ACCOUNT NUMBER AT INTERMEDIARY BANK:**

**59   BENEFICIARY**
      **NAME:**

      **ACCOUNT NUMBER:**

**70 DETAILS OF PAYMENT:**  To facilitate payment of Principal and Interest on
                          Loan #01009 due 21.07.24.

**72 FUNDED BY (indicate the option which applies)**

........

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | Date: | | | | |
| | Input | Verified | Authorised | Initial | Date |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |

**TEST AGREED BY:**          **DATE & REGISTRATION #:**

```
Date: 14-08-2024
Officer: LINDA
Reference: ███████████
```

```
Ordering Customer
   Customer Account:      ███████████
   Customer Name:         GOVERNMENT OF ANTIGUA AND BARBUDA
   Customer Address:      INDEPENDENCE DRIVE
   Customer City:         ST JOHNS
   Customer Country:      ANTIGUA AND BARBUDA
```

```
Payment Information
   Payment Amount:            147,239.72 USD
   Equivalent Amount:         397,547.24 XCD
   Debit Amount:              147,239.72 USD
   Total Fees:                     76.85 USD

   Remittance Info:       COMPUTER SOFTWARE LICENSING AND
                          RENEWAL INV USPSI 1220521,USPSI1234
                          217,USPSI 1247233
                          GOVERNMENT
```

```
Beneficiary Customer
   Beneficiary Account:   ███████████
   Beneficiary Name:      SOFTWARE ONE INC
   Beneficiary Address:   20875 CROSSROADS CIR STE 1
   Beneficiary City:      ███████████
   Beneficiary Country:   ███████████
```

```
Beneficiary Bank
   Bank Code:
   Bank Name:
   Bank City:
   Bank Country:
```



OFFICER SIGNATURE



```
Date: 14-08-2024
Officer:
Reference:
```

```
Ordering Customer
    Customer Account:
    Customer Name:          GOVERNMENT OF ANTIGUA AND BARBUDA
    Customer Address:       INDEPENDENCE DRIVE
    Customer City:          ST JOHNS
    Customer Country:       ANTIGUA AND BARBUDA
```

```
Payment Information
    Payment Amount:              111,964.18 USD
    Equivalent Amount:           302,303.29 XCD
    Debit Amount:                111,964.18 USD
    Total Fees:                       76.85 USD

    Remittance Info:        COMPUTER SOFTWARE LICENSING AND
                            RENEWAL INV US SCO 1277445
                            USPSI1260702 USSCO129952 AND USSCO
                            1304347, GOVERNMENT
```

```
Beneficiary Customer
    Beneficiary Account:
    Beneficiary Name:       SOFTWARE ONE INC
    Beneficiary Address:
    Beneficiary City:
    Beneficiary Country:
```

```
Beneficiary Bank
    Bank Code:
    Bank Name:
    Bank City:
    Bank Country:
```

AUG 14 2024

OFFICER SIGNATURE

"RDC 3 (iii)"

██████████████████████████

Date: 14-08-2024
Officer: ████
Reference: ████████████████

Ordering Customer
  Customer Account:       ████████████████
  Customer Name:          GOVERNMENT OF ANTIGUA AND BARBUDA
  Customer Address:       INDEPENDENCE DRIVE
  Customer City:          ST JOHNS
  Customer Country:       ANTIGUA AND BARBUDA


Payment Information
  Payment Amount:             64,989.81 USD
  Equivalent Amount:         175,472.49 XCD
  Debit Amount:               64,989.81 USD
  Total Fees:                     76.85 USD

  Remittance Info:        COMPUTER SOFTWARE LICENSING AND
                          RENEWAL INV USSCO 1114918,USSCO
                          1124596,USSCO 1126944 AND USPSI
                          1045580, GOVERNMENT


Beneficiary Customer
  Beneficiary Account:    ████████████
  Beneficiary Name:       SOFTWARE ONE INC
  Beneficiary Address:    ████████████████████
  Beneficiary City:
  Beneficiary Country:


Beneficiary Bank
  Bank Code:
  Bank Name:              ████████████████████
  Bank City:
  Bank Country:

----------------------------------------
OFFICER SIGNATURE

██████████████████████████

"RDC 3 (iii)"

```
Date: 14-08-2024
Officer:     ███
Reference:  ██████████████

Ordering Customer
    Customer Account:    ████████████████
    Customer Name:       GOVERNMENT OF ANTIGUA AND BARBUDA
    Customer Address:    INDEPENDENCE DRIVE
    Customer City:       ST JOHNS
    Customer Country:    ANTIGUA AND BARBUDA


Payment Information
    Payment Amount:           111,609.45 USD
    Equivalent Amount:        301,345.52 XCD
    Debit Amount:             111,609.45 USD
    Total Fees:                    76.85 USD

    Remittance Info:     COMPUTER SOFTWARE LICENSING AND
                         RENEWAL INV USPSI 1283566
                         USPSI 1309059,USSCO 1395500, USSCO
                         127183 AND USSCO1396136, GOVERNMENT


Beneficiary Customer
    Beneficiary Account:    ██████████
    Beneficiary Name:       SOFTWARE ONE INC
    Beneficiary Address:    █████████████████████████
    Beneficiary City:
    Beneficiary Country:


Beneficiary Bank
    Bank Code:
    Bank Name:           █████████████████████
    Bank City:
    Bank Country:
```

AUG 14 2024

OFFICER SIGNATURE

"RDC 3 (ii)"

Date: 08-08-2024
Officer:
Reference:

Ordering Customer
  Customer Account:
  Customer Name:         GOVERNMENT OF ANTIGUA AND BARBUDA
  Customer Address:      INDEPENDENCE DRIVE
  Customer City:         ST JOHNS
  Customer Country:      ANTIGUA AND BARBUDA

Payment Information
  Payment Amount:              55,033.14 USD
  Equivalent Amount:          148,589.48 XCD
  Debit Amount:                55,033.14 USD
  Total Fees:                      76.85 USD

  Remittance Info:       COMPUTER SOFTWARE LICENSING AND
                         RENEWAL INV PSI1458110 DTD
                         4/29/2024
                         GOVERNMENT

Beneficiary Customer
  Beneficiary Account:
  Beneficiary Name:      SOFTWARE ONE INC
  Beneficiary Address:   20875 CROSSROADS CIR STE 1
  Beneficiary City:      WAUKESHA WI 53186 4093
  Beneficiary Country:   USA

Beneficiary Bank
  Bank Code:
  Bank Name:
  Bank City:
  Bank Country:

-------------------------------------
OFFICER SIGNATURE



```
Date: 08-08-2024
Officer:
Reference:

Ordering Customer
   Customer Account:
   Customer Name:          GOVERNMENT OF ANTIGUA AND BARBUDA
   Customer Address:       INDEPENDENCE DRIVE
   Customer City:          High Street, St.John's
   Customer Country:       ANTIGUA AND BARBUDA


Payment Information
   Payment Amount:             58,637.23 USD
   Equivalent Amount:         158,320.52 XCD
   Debit Amount:               58,637.23 USD
   Total Fees:                     76.85 USD

   Remittance Info:        COMPUTER SOFTWARE LICENSING AND
                           RENEWAL INV US PSI1332850 DTD
                           26/4/2023
                           GOVERNMENT


Beneficiary Customer
   Beneficiary Account:
   Beneficiary Name:       SOFTWARE ONE INC
   Beneficiary Address:
   Beneficiary City:
   Beneficiary Country:


Beneficiary Bank
   Bank Code:
   Bank Name:
   Bank City:
   Bank Country:
```

-----------------------------------------
          OFFICER SIGNATURE

"RDC 3(iv)"

███████████

**FROM:** Accountant General - Antigua                **TEST NUMBER:** ████

**20  MESSAGE NUMBER:** ██████          **MESSAGE DATE:** 24th July 2024

**32  VALUE DATE:**        24th July 2024
**CURRENCY:**        **USD**
**AMOUNT:**        **$800,000.00**

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

**NAME:** ████████████████
**NUMBER:** ████████████████

**56  INTERMEDIARY BANK:**
**NAME:** ████████        Swift: ████████
**ADDRESS:** ████████        ABA: ████

**57  BENEFICIARY'S BANK:**                Swift: ████████

**NAME:**        Eastern Caribbean Amalgamated Bank
**ADDRESS:**        1000 Airport Boulevard
        Coolidge
        St. John's, Antigua
**ACCOUNT NUMBER AT INTERMEDIARY BANK:**

**59  BENEFICIARY**
**NAME:**        Richards & Company
        41 Nevis Street
        St. John's, Antigua

**ACCOUNT NUMBER:** ████████

**70 DETAILS OF PAYMENT:** To facilitate payment of Compensation awarded to HMB Holdings due
13.06.24 as per minute FIN 31/152 dd 12.06.24

**72 FUNDED BY (indicate the option which applies):**

████████████████████████

████████████

| UNIT | FT# | | | Sent for Filing by: | |
|------|-----|---|---|---------------------|---|
| **TEST AGREED BY:** | **DATE & REGISTRATION #:** | | | | |
| | **Date:** | | | | |
| | **Input** | **Verified** | **Authorised** | **Initial** | **Date** |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |

"RDC 3(iv)"

**FROM:**   Accountant General - Antigua

**TEST NUMBER:** ████

**20  MESSAGE NUMBER:** ████

**MESSAGE DATE:**  2nd July 2024

**32  VALUE DATE:**     2nd July 2024
     **CURRENCY:**      EC
     **AMOUNT:**        $1,000,000.00

**53  DETAILS OF ACCOUNT TO BE DEBITED:**

    **NAME:**   ████████████████████
    **NUMBER:** ████████████████████

**56  INTERMEDIARY BANK:**
    **NAME:**      ████████████████
    **ADDRESS:**   ████████████████   **SWIFT:** ████████

**57  BENEFICIARY'S BANK:**

**NAME:**      Eastern Caribbean Amalgamated Bank
**ADDRESS:**   1000 Airport Boulevard
               Coolidge, St. John's, Antigua

    **ACCOUNT NUMBER AT INTERMEDIARY BANK:** ████████

**59  BENEFICIARY**
    **NAME:**      Stanford Development Company Limited
               c/o Forbes and Associates, P.O. Box 1844
               Cnr. Tanner and Temple Street
               St. John's, Antigua

    **ACCOUNT NUMBER:** ████████████

**70 DETAILS OF PAYMENT:** To facilitate payment on Judgement to Liquidators for Dispute Resolution as per settlement agreement dated 9th may 2024.

**72 FUNDED BY (indicate the option which applies):**
████████████████████████████████

**TEST AGREED BY:** ████████   **DATE & REGISTRATION #:**

| UNIT | FT# | | | Sent for Filing by: | |
|---|---|---|---|---|---|
| | Date: | | | | |
| | Input | Verified | Authorised | Initial | Date |
| **GOVERNMENTS & OTHER INSTITUTIONS** | | | | | |
| **PAYMENTS & SETTLEMENTS** | | | | | |