# EXHIBIT 10

Queen Elizabeth Highway
St. John's
Antigua and Barbuda

Tel. (268) 460-5100
Fax. (268) 462-3225
pmsecretariatanv@gmail.com

Wednesday, July 12 2017

## MEDIA STATEMENT

The Cabinet of Antigua and Barbuda directed the Passport Division to present to it the complete list of all persons bearing Antigua and Barbuda Diplomatic Passports. The list was provided to the Minister of Foreign Affairs today, Wednesday, July 12, 2017. The list is being made public immediately.

Its publication is in satisfaction of a promise made by the Prime Minister, in Parliament, to release the entire list of Antigua and Barbuda diplomatic passports issued within recent times.

The list reveals that 186 diplomatic passports have been issued within recent times. 161 of those passports were issued to citizens of Antigua and Barbuda; 25 passports were issued to foreign-born nationals and, in several instances, to their spouses also.

The 161 Antiguans and Barbudans include the Governor General and his spouse, the elected members of the Lower House and their spouses, the President of the Senate and her spouse, the Speaker of the House and several members of the Upper House. The Leader of the Opposition and those appointed to serve in Missions and Embassies abroad. Those who have been knighted, and those who have served more than 20 years in the Parliament of Antigua and Barbuda. The bearers received their travel documents in keeping with the policy announced by the Cabinet five months ago in February, governing the issuance of Antigua and Barbuda diplomatic passports. That policy was made public shortly after its adoption for all the world to see. It has since been adopted by several Caribbean countries, virtually unaltered.

The foreign-born nationals who were issued Antigua and Barbuda diplomatic passports were appointed to serve as Honorary Consuls, Ambassadors-at-Large, Ambassadors to specific countries or international bodies. Since Antigua and Barbuda, as a small state, is unable to place Consulates and Embassies in many far-flung capitals, the practice is long-established among virtually all small states to appoint those well-connected people to states that can serve their interests. The diplomats will then be assigned to those capitals where the appointees exercise influence and can benefit the sending state. In our case, Antigua and Barbuda has realized immeasurable benefits from the diplomatic appointments of foreign-born nationals, despite their relatively small number.

This strategy of appointing nationals of other states to represent the sending state is commonly conducted by large states also, when they do not have a physical presence in the form of an Embassy or Consulate in capitals and big cities, around the world. Several citizens of Antigua and Barbuda have been appointed by foreign governments of large and small states to be Honorary Consuls right here in Antigua. The appointing states do not have a regular Embassy or Consulate in our country, and rely upon those appointed to serve their interests or their citizens' interests.

The Gaston Browne administration inherited several appointees of the outgoing Spencer/Lovell administration. Several of those appointments have been revoked, and a small number were honoured. Among those honoured is Jian Hua Xia, whose appointment was extended for two years. His appointment has since expired. Mr. Alberto Dalva's diplomatic appointment was also honoured by the incoming administration, but has since been revoked. Francis Lorenzo and Luiz Franca have had their appointments revoked or expired, after having been appointed by the Spencer/Lovell administration. The John Ashe scandal and the Odebrecht debacle revealed the kind of arrangement that was made when the Spencer/Lovell administration appointed several foreign-born diplomats, including these two and one other.

The Gaston Browne administration has been open and transparent in its appointments and has not embarrassed the state or its people in the three years of its first term. The new administration, since June 12, 2014, has been transparent, and has lived by its good governance code. It has nothing to hide.

| ID | SURNAME | GIVEN NAMES | DESIGNATION |
|---|---|---|---|
| 1 | Abdou Hatab | Ghazal | |
| 2 | Aflak | Michael Elias | Ambaasador at Large |
| 3 | Akar | Hanna | Ambassador to Cyprus |
| 4 | Al-Jameel | Hind | Spouse of Ambassador to Iraq |
| 6 | Altmueller | Wolfgang Egon | Honorary Consul |
| 7 | Altmueller | Karina Roswitha | Spouse of Honary Consul |
| 8 | Ambrose | Curtly Elcon Lynwall | Ambassador |
| 9 | Ambrose nee' Benjamin | Bridget Annetta Novella | Spouse of Ambassador |
| 11 | Aoun | Jihad | Ambassador to Greece |
| 12 | Arton | Armand | |
| 13 | Arton | Nadine | |
| 14 | Bailey | Daniel Everton | Goodwill Ambassador |
| 15 | Bailey | Anthony John James | Special Envoy to the EU |
| 16 | Banahene nee' Vanderpoole | Althea Allison Beatrice | Minister Counsellor (UK) |
| 17 | Benjamin | Peter O'Donnell | Ambassador to Cuba |
| 18 | Benjamin | Kaisha Nekesa | |
| 19 | Benjamin | Steadroy Cutie Olivero | Attorney General |
| 20 | Benjamin | Norma Vurana | Spouse of Parliamentarian |
| 21 | Benjamin | Londel Turham Mcalister | Parliamentarian |
| 22 | Benjamin nee' Henry | Tecla Joanne | Spouse of Ambassador |
| 23 | Benmeida | Zineb | Spouse |
| 24 | Birrl | Raena Marlene Malika | Diplomat |
| 25 | Biau | Tumasie Coastain | Counsellor |
| 27 | Boustany | Gilbert Antoine | Ambassador/Consul General |
| 28 | Browne | Maria Vanessa | Spouse of Prime Minister |
| 29 | Browne | Prince Gaston | Son of Prime Minister |
| 30 | Browne | Gaston Alphonso | Prime Minister |
| 31 | Browne | Michael Sherwin | Member of Parliament |
| 32 | Browne | Gaston Andron | Son of Prime Minister |
| 33 | Carlisle | Nalda Amelia | Spouse of Former GG |
| 34 | Carlisle | James Bethoven | Former Governor General |
| 35 | Challenger | Brian Donald | Diplomat |
| 36 | Challenger | Asha Cecily | Third Secretary |
| 37 | Chastenet nee' Frederick | Claire Patricia | Ambassador at Large |
| 38 | Christian | Gail Jose Andrea | Ambassador to Mexico |
| 39 | Daniel | Wilmoth Stafford | Parliamentarian |
| 40 | Daniel nee' Samuel | Ena Pauline | Spouse to Parliamentarian |
| 41 | Davis | Joy Dee Samantha | Minister Counselor |
| 42 | De Niro | Robert Anthony | Special Envoy |
| 43 | De Niro | Grace Hightower | Spouse of Economic Envoy Robert De |
| 44 | Debbagh | Aziz | Special Envoy |
| 45 | Dero | Mehwish Hadad | |
| 46 | Dero | Zahida | |
| 47 | Dero | Fawad Sattar | Ambassador to Oman/Pakistan |
| 48 | Dero | Hadad Sattar | |
| 49 | Dero | Abdul Sattar | Ambassador at Large |
| 50 | Duberry | Claxton Jessie Curtis | Third Secretary UN Mission |
| 51 | Duberry nee' Joseph | Shenique Kamarie | Spouse of Claxton Duberry |
| 52 | El Dakroury | Aly | Ambassador to Cyprus |
| 53 | El Khoury | Lara | Spouse of Ambassador |
| 54 | El Zohbi | Mohamad | |
| 55 | Emanuel | McLean Leroy | Knighthood |

| ID | SURNAME | GIVEN NAMES | DESIGNATION |
|---|---|---|---|
| 56 | Faustin | Shonnell Roreann | Spouse of Roderick Faustin |
| 57 | Faustin | Roderick Alexander | First Secretary Washington Mission |
| 58 | Faustin | Ethan Alexander | Son of Roderick Faustin |
| 60 | Fenton | Dean Colin | Snr Sales & Marketing Manager NY Off |
| 61 | Fernandez | Henry Charles | Member of Parliament |
| 62 | Fernandez nee' Williams | Jill Elizabeth | Spouse of Member of Parliament |
| 63 | Fortune | Shenique Giandora Julisa | Former Senator |
| 64 | Franca | Luiz Augusto | Former Honorary Consul |
| 65 | Francis | Lennox Franklin | Ambassador to Ethiopia |
| 66 | Francis | Maxwell Hayden | Ambassador to Japan |
| 67 | Franklin | Julie Lynn | |
| 68 | Franklin | Martin Ellis | |
| 69 | Frederick | Osbert Richard | Senator |
| 70 | Freeland | Michael Nathaniel S | Senator |
| 71 | Gardiner | Dwight Cuthbert Revirre | Ambassador |
| 72 | George-John | Jaason Ceci | Economic Envoy |
| 73 | Georges | Wigley Nathaniel F | Ambassador to ILO |
| 74 | Gonsalves | Brian Patrick | Ambassador at Large |
| 75 | Gonsalves nee' Dos Ramos | Yvonne Anna | Spouse of Ambassador |
| 76 | Govia | Shenella Mary Shadida | Senator |
| 77 | Grant nee' Williams | Alincia Toshiba Harriet | Senator |
| 78 | Grant nee' Williams | Alincia Toshiba Harriet | President of the Senate |
| 79 | Greene | Everly Paul Chet | Minister of Government |
| 80 | Greene nee' Daley | Gwendolyn Leonora | Spouse of Government Minister |
| 81 | Hadeed | Afaf | Spouse of Ambassador |
| 82 | Hadeed | Aziz | Ambassador to South Korea |
| 83 | Hadeed | Elias | Non Resident Amb. Egypt |
| 84 | Hadeed | Rala | |
| 85 | Hadeed | Ramez Fares | Ambassador |
| 86 | Hadeed nee' Abboud | Mahasen | Spouse of Ambassador Aziz Hadeed |
| 87 | Hartog | Albert Leendert | Economic Envoy |
| 89 | Henry | Clarence Conrad | Ambassador |
| 90 | Hesse | Johann Lebrecht | Ambassador to African Union |
| 93 | Hesse nee' Pestaina | Tessa Genevine | Spouse of Ambassador to African Unio |
| 94 | Hill | Karen-Mae Coralie | High Commissioner to UK |
| 95 | Hill | Radford Wentworth | Chairman, Integrity Commission |
| 96 | Hill | Cecile Mary | Registrar of Lands/ Ag. Registrar High |
| 97 | Hunte | Conrod Cecil | Diplomat |
| 98 | Hurst | Cheryl Mary-Clare | Senator |
| 99 | Hurst | Lionel Alexander | Chief of Staff PM's Office |
| 100 | Hyman | Maureen Colette | Senator |
| 101 | Jalland | Guy | |
| 102 | James | Colin Lesley Anderson | Senator/Minister of State |
| 103 | James | Ernell Casrov | Former Ambassador to UAE |
| 104 | James nee' Benjamin | Shane Lucia | Spouse of Senator Colin James |
| 105 | John | Joseph Anthony | Ambassador at Large |
| 106 | Jonas | Athill Dean | Deputy Speaker |
| 107 | Jonas | Anne Clayre Lorece | Spouse of Deputy Speaker |
| 108 | Joseph | Molwyn Morgorson | Minister of Government |
| 109 | Joseph | Daven Clairmorer | Ambassador to Nigeria |
| 110 | Joseph | Deborah Patricia | Spouse of Ambassador |
| 111 | Joseph | Norrell Khaleed Akel | Business Development Officer |

| ID | SURNAME | GIVEN NAMES | DESIGNATION |
|---|---|---|---|
| 112 | Joseph | Garfield Alister | Ambassador-at-large |
| 113 | Joseph | Gillian Ingrid | Counsellor Washington |
| 114 | Karm | Marlin | Economic Envoy |
| 115 | Kenworthy | Adrian Cameron | Consul, Beijing |
| 117 | Kryuchkov | Vitaly | |
| 118 | Kurchiner | Hubert | Film Ambassador/Commissioner |
| 119 | Lake | Cuthwin Lenard | Knighthood |
| 120 | Lake | Eustace Sylvester | Minister of Government |
| 121 | Lake-Tack | Louise Agneta Hursula | Former Governor General |
| 122 | Layne | Ann-Marie Patrice | Diplomat |
| 123 | Layne nee' Black | Diann Christine | Ambassador at Large |
| 124 | Lee | Konata Masika | Cabinet Secretary |
| 125 | Liverpool | Anthony James | Ambassador/Permanent Secretary |
| 126 | Marshall | Samantha Nicole | Minister of Government |
| 127 | Matthew | Janelle Natoya | First Secretary (Cuba) |
| 128 | Matthews | Patrick Robert William | Ambassador at Large |
| 129 | Matthews nee' Morgan | Dominique Alana | Spouse of Ambassador |
| 130 | Michael | Asot Anthony | Minister of Government |
| 131 | Michael nee' Sarkis | Josette Christine | Ambassador at Large |
| 132 | Mohammed Noori | Iman | |
| 133 | Moussa Baz | Marie Rose | Spouse of Ambassador |
| 134 | Murdoch | Colin Trevor | Special Advisor |
| 135 | Nibbs | Arthur Manoah | Minister of Government |
| 136 | Nicholas | Melford Walter | Minister of Government |
| 137 | Nicholas nee' Samuel | Sincere Anastasia | Spouse of Minister of Government |
| 138 | Oleiwi Al Hassani | Ahmed | Ambassador to Iraq |
| 139 | Pai | Ramdas Madhova | Chairman Manipal Group |
| 140 | Percival | Bernard Sebastian | Ambassador to Venezuela |
| 141 | Peters | Jackley Meri | Staff UN Mission |
| 142 | Phillip | Chantal Therese | Senior Foreign Service Officer 1 |
| 145 | Richards | Vincent Arnold Elisha | Economist |
| 146 | Richards | Winston Alexander | Ambassador at Large |
| 147 | Richards | Isaac Vivian Alexander | National Hero |
| 148 | Richardson | Richard Benjamin | Ambassador-at-large |
| 149 | Richardson nee' Francis | Arlene Dorothea | Spouse of Ambassador |
| 150 | Roberts | Anderson Everton Montgome | Knighted |
| 151 | Roberts | Clare Kamau | Deputy Governor General |
| 152 | Roberts nee' Beamish | Alice Naomi | Spouse of Deputy GG |
| 153 | Saab Moran | Alex Nain | |
| 154 | Sanders | Susan Indrani | Spouse of Ambassador |
| 155 | Sanders | Ronald | Diplomat |
| 156 | Santos | Richard Gerard | Economic Envoy |
| 157 | Santos | Sharon Jane | Spouse |
| 158 | Scotland | Brent Alexander | Son of Governor General |
| 159 | Sealey-Thomas | Rhonda Caryl | Spouse of Ambassador |
| 160 | Shoul | Robert David | Ambassador to Holy See |
| 161 | Shoul nee' Maginley | Joan Lesley | Spouse of Ambassador |
| 162 | Simon | Justin Lockhart | Former Attorney General |
| 163 | Simon | Neal Stephen | Ambassador at Large |
| 164 | Smith | Keithlyn Handle Bryon | |
| 165 | Spencer | Winston Baldwin | Leader of Opposition |
| 166 | Spencer nee' Potter | Vernon Jacklyn | Spouse of Leader of Opposition |

| ID | SURNAME | GIVEN NAMES | DESIGNATION |
|---|---|---|---|
| 167 | Stoyanova | Milena Petrova | |
| 168 | Stuart-Young | Saskia Dolores | Spouse of Ambassador |
| 169 | Stuart-Young | Brian | Ambassador to Peoples Republic of China |
| 170 | Thomas | Arthur George Belfester | Ambassador to the Czech Republic |
| 171 | Thomas nee' Abbott | Patricia Autusia | Spouse of Chief of Defence Staff |
| 172 | Todorov | Ivan | Honorary Consul |
| 173 | Trevor | Thomas | Chief of Defense Staff-Antigua and Bar |
| 174 | Wang | Julia Vivi | |
| 175 | Watt | Jennifer Ianthe Louise | Spouse of Speaker of House |
| 176 | Watt | Gerald Owen Anderson | Speaker of House of Rep. |
| 177 | Webson | Walton Alfonso | Permanent Rep to the UN |
| 178 | Williams | Rodney Errey Lawrence | Governor General |
| 179 | Williams nee' Scotland | Sandra Louise | Spouse of Governor General |
| 180 | Yearwood | Robin Kensworth Montgomer | Minister of Government |
| 181 | Zhong | Yueyang | Ambassador to the Hong Kong Special |
| 182 | Moudar | Alassad | Economic Envoy |
| 183 | Issa Taha | Walid Khalid | Economic Envoy |
| 184 | Ammaturo | Donato | Special Envoy |
| 185 | Lorenzo | Francis | Special Envoy |
| 186 | Xiao | Jian Hua | Economic Envoy |