UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
: 
IN RE APPLICATION OF YULIA GURYEVA-  :   25-MC-98 (JMF)
MOTLOKHOV FOR AN ORDER SEEKING       :
DISCOVERY PURSUANT TO 28 U.S.C. § 1782 :   ORDER
: 
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On April 11, 2025, non-party West Indies Oil Company Ltd. ("WIOC") filed an unopposed motion to intervene.  *See* ECF No. 30.  Later the same day, the Clerk of Court docketed an endorsement — signed before WIOC filed its motion — granting an earlier, unopposed motion of the "Antiguan Movants" to intervene and setting a briefing schedule on their motion to quash, *see* ECF No. 33, although the minute entry for the endorsement erroneously referenced WIOC's motion rather than the Antiguan Movants' earlier motion.  Since that time, both WIOC and the Antiguan Movants have moved to stay the subpoenas at issue.  *See* ECF Nos. 34 and 35.

  In light of the foregoing, the Court ORDERS as follows:

- WIOC's unopposed motion to intervene is GRANTED;

- Unless and until the Court orders otherwise, the briefing schedule set forth at ECF No. 33 shall apply to **both** motions to quash.  Applicant shall file a single, consolidated memorandum of law in opposition to both motions to quash.

- Because compliance with the subpoenas would moot the motions to quash, the motions to stay are GRANTED unless and until the Court orders otherwise.  If Applicant believes that compliance should not remain stayed, she shall file an opposition to the motions, not to exceed four pages, by **April 21, 2025**.

The Clerk of Court is directed (1) to correct the docket entry for ECF No. 33 to reflect the fact that it pertains to ECF No. 21, not ECF No. 30; and (2) to terminate ECF Nos. 34 and 35.

  SO ORDERED.

Dated: April 15, 2025
   New York, New York
               _____
                  JESSE M. FURMAN
                  United States District Judge