UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

IN RE APPLICATION OF YULIA GURYEVA-      :          25-MC-98 (JMF)
MOTLOKHOV FOR AN ORDER SEEKING       :
DISCOVERY PURSUANT TO 28 U.S.C. § 1782    :       ORDER
                                       :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 28, 2026, Applicants Yulia Guryeva-Motlokhov, Boies Schiller Flexner LLP, and E. Martin De Luca (together, "Applicants") filed a new application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in foreign proceedings (the "Application"). *See* ECF No. 55. Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d. Cir. 2012) ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 ex parte."), the Court will not do so here given, among other things, the history of this litigation and the fact that a number of the relevant parties have appeared and so are already on notice regarding the application.

Any opposition to the Application — by Respondents or by the parties against whom the requested discovery would be used (the "Interested Parties") — shall be filed by **May 20, 2026**; any reply shall be filed by **June 2, 2026**. If any Respondent or Interested Party has not yet appeared in this matter and thus did not receive copies of Applicants' papers through the ECF System, Applicants shall electronically serve their motion papers, together with a copy of this Order, on those parties and file proof of such service on ECF by **May 1, 2026**.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter-motion.

       SO ORDERED.

Dated: April 29, 2026
      New York, New York                        _____
                                           JESSE M. FURMAN
                                 United States District Judge