FOLEY HOAG LLP

1301 Avenue of the Americas
New York, NY 10019

212-812-0400 main
212-812-0399 fax

Nicholas M. Renzler
212.812.0400
nrenzler@foleyhoag.com

April 30, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *In re Application of Yulia Guryeva-Motlokhov for an Order Seeking Discovery Pursuant to 28 U.S.C. § 1782*, No. 25-mc-98 (JMF)

Dear Judge Furman:

This firm represents the following Interested Parties: Prime Minister Gaston Alphonso Browne, Maria Bird-Browne, Gaston Andron Browne III, Hyacinth Harris, Darwin Telemaque, Ickford Roberts, IF Antigua Inc., Farmer DG Browne Co. Limited, Cove Head Development Limited, and Cove Head Communications Limited ("Antiguan Movants").

Pursuant to Your Honor's Individual Rule 2.D, we write jointly with Applicants to respectfully request that the Court enter a modified briefing schedule. This is the parties' first request for an extension of deadlines in this matter.

The Court's April 29, 2026 Order (ECF No. 61) sets the parties' briefing schedule as follows: (1) Interested Parties' opposition to Applicant's "Amended *Ex Parte* Application" shall be filed by May 20, 2026, and (2) Applicants' reply in support of the "Amended *Ex Parte* Application" shall be filed by June 2, 2026.

The Antiguan Movants and Applicants jointly request an extension of time in the briefing schedule to accommodate preexisting commitments, including planned travel, of the parties' counsel. The parties request the following briefing schedule: (1) the Antiguan Movants' opposition to Applicants' "Amended *Ex Parte* Application" shall be filed by May 28, 2026, and (2) Applicants' reply in support of the "Amended *Ex Parte* Application" shall be filed by June 18, 2026. This requested modified briefing schedule does not affect any scheduled appearance before the Court or other deadline, as there are none.

Hon. Jesse M. Furman
Page 2

We thank the Court for its consideration.

Respectfully submitted,

/s/ Nicholas M. Renzler
Nicholas M. Renzler
*Counsel for the Antiguan Movants*

cc:   Counsel for Applicants (via ECF)
Paul S. Reichler, Counsel for the Antiguan Movants (via ECF)
Steven M. Schneebaum, Counsel for the Antiguan Movants (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 62.

SO ORDERED.

May 1, 2026