**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

IN RE:

APPLICATION OF YULIA GURYEVA-
MOTLOKHOV FOR AN ORDER SEEKING
DISCOVERY PURSUANT TO 28 U.S.C. §
1782

Case No. 1:25-mc-00098

**DECLARATION OF SCOTT CURTIS NIELSON REGARDING NOTICE OF
AMENDED APPLICATION UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY IN THIS
DISTRICT FOR USE IN FOREIGN PROCEEDINGS**

The undersigned, Scott Curtis Nielson, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly admitted to practice law in the State of Florida, the District of Columbia, and the State of New York.

2.      I am an attorney at Boies Schiller Flexner LLP, and I represent Yulia Guryeva-Motlokhov. Together, Boies Schiller Flexner LLP, Yulia Guryeva-Motlokhov, and my colleague E. Martin De Luca (the "Applicants") make this application.

3.      I make this declaration pursuant to the Court's April 29, 2026 Order. (ECF No. 61).

4.      Pursuant to the Court's April 29, 2026 Order, I served notice on the following Respondents and Interested Parties, by U.S. and electronic mail, including copies of the Court's April 29, 2026 Order, the proposed subpoenas to be served, and the *ex parte* application and supporting documents:

    a.   Federal Reserve Bank of New York;

    b.   The Clearing House Payments Company L.L.C;

    c.   Alkiviades David, through Dana Cole and Ellyn S. Garofalo, whom I understand previously represented Mr. David in legal matters;

    d.   Michael Moore, counsel for Warren E. Halle;

    e.   Mehmetfurkan Arsoy, Melike Erol, and Vuslat Ubogu, counsel for the Yildirim Group, Ali Riza Yildirim, and Robert Yildirim;

    f.   Steven M. Helfman, counsel for 15500 Pines Boulevard LLC;

    g.   Caribbean Development Bank, through its publicly available email address;

    h.   Eastern Caribbean Amalgamated Bank, through its publicly available email address;

    i.   Global Bank of Commerce, through its publicly available email address;

    j.   Yilport Holding, through its publicly available email address; and

    k.   YM Thunder 1 Shipping Limited, through its publicly available mailing address.

5. I attempted to serve entities related to Mr. David—namely, SwissX Redd UK LTD, SwissX UK LTD, and Anakando SwissX AG—by electronic mail using the publicly available email address alki@swissx.com, but that electronic mail was returned as undeliverable. I thereafter sent electronic notice to the legal department of a related SwissX company: legal@swissx.com.

6. After reasonable diligence, including review of publicly available sources and investigation, I was unable to locate current mailing or electronic contact information for Johann Hesse, former Antiguan Ambassador to the African Union. I therefore sent notice to

2

the email address of the Ministry of Foreign Affairs of Antigua and Barbuda with the request that it be forwarded to Mr. Hesse's current email address. I will continue to investigate and will promptly update the Court if I am able to locate contact information and provide direct notice to Mr. Hesse.

7.    After reasonable diligence, including a review of publicly available sources and investigation, I have been unable to locate a mailing address or electronic mail address for Fancy Bridge Limited. I will continue to conduct research and will promptly update the Court should I be able to locate contact information and provide notice.

Dated:    Miami, Florida          Respectfully submitted,
          May 1, 2026
                                  **BOIES SCHILLER FLEXNER LLP**

                                  /s/ *Scott Nielson*
                                  Scott Nielson
                                  snielson@bsfllp.com
                                  Boies Schiller Flexner LLP
                                  100 SE Second Street, Suite 2800
                                  Miami, FL 33131
                                  Tel: (305) 357-8424

                                  *Attorney for Applicants*

3