UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
                                                    :
                                                    :
IN RE APPLICATION OF YULIA GURYEVA-   :          25-MC-98 (JMF)
MOTLOKHOV FOR AN ORDER SEEKING        :
DISCOVERY PURSUANT TO 28 U.S.C. § 1782    :          ORDER
                                                    :
                                                    :
                                                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 6, 2026, Movants filed a letter regarding certain communications from Mr. Alkiviades David, an interested party in this case. *See* ECF No. 66, at 2-3. Along with their letter, Movants also filed, at Mr. David's request, his opposition to Movants' amended petition for an order compelling discovery pursuant to 28 U.S.C. § 1782. *See* ECF No. 66-2. On the same date, Mr. David filed a document, exceeding 400 pages, titled "Emergency Notice of Interest and Narrow Preservation Application." ECF No. 65 ("David App."), at 3. By Order entered on May 7, 2026, the Court struck the latter filing "as procedurally improper and unintelligible" and noted that it would "consider the opposition brief attached to Movants' letter at ECF No. 66-2 as Mr. David's opposition to the amended petition." ECF No. 67.

Since the Court's May 7, 2026 Order, Mr. David has flooded the docket with a variety of motions and other submissions, seeking a range of relief, including a temporary restraining order, reconsideration of the Court's May 7, 2026 Order, and document preservation. *See* ECF Nos. 68-80. The Court has reviewed all of these submissions and denies all requests for relief, as procedurally improper, substantively frivolous, or both. (Several of the submissions, *see, e.g.*, ECF No. 71, seek leave to participate remotely in proceedings before this Court, including a proceeding on May 20, 2026. To be clear: There is no proceeding scheduled for May 20, 2026.

The Court has set a briefing schedule with respect to Movants' amended petition, *see* ECF Nos. 61, 63, but has not scheduled any court appearance.  If or when the Court schedules an in-person court appearance, Mr. David may renew his request for accommodation.)

Further, the Court will not tolerate further litigation abuse of the sort that Mr. David has engaged in since May 7, 2026, as it burdens both the Court and the other parties.  Mr. David has already filed his opposition to Movants' amended petition, *see* ECF No. 66-2, which will be considered when the matter is fully briefed (on June 18, 2026), *see* ECF No. 63.  Put simply, absent further developments, there is nothing further for Mr. David to do.  **Unless and until the Court orders otherwise, therefore, if Mr. David wishes to file anything in connection with this matter, he must first seek and obtain the Court's permission to do so.  Any such request shall take the form of a letter motion not to exceed one page in length explaining the nature of the submission that Mr. David wishes to make and why he should be permitted to file it.  Any other submissions made by Mr. David — including any letter motion that exceeds one page in length or does not otherwise conform to the foregoing — will be disregarded as procedurally improper.**

Movants shall electronically serve this Order on Mr. David and file proof of service on ECF **within three business days of the date of this Order**.

The Clerk of Court is directed to terminate ECF Nos. 71-75, 77-78, and 80.

SO ORDERED.

Dated: May 13, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2