

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE APPLICATION OF YULIA GURYEVA-MOTLOKHOV**
**FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

**Case No. 1:25-mc-00098-JMF**

# MR. DAVID'S LETTER-MOTION FOR LEAVE TO FILE NARROW SUPPLEMENTAL SUBMISSION

Alkiviades David, proceeding pro se, respectfully seeks leave, pursuant to the Court's May 13, 2026 Order and the Court's Individual Practices, to file a narrow supplemental submission of no more than five pages limited strictly to three issues: (1) reasonable disability accommodations for his documented Traumatic Brain Injury; (2) preservation of potentially relevant evidence; and (3) limited clarification of the record.

Mr. David suffers from a documented Traumatic Brain Injury and related neurological impairments that materially affect his ability to process rapid procedural developments, high-volume filings, and compressed deadlines. He respectfully requests modest accommodations, including: (a) acceptance of future filings and notices in 14-point font with simplified formatting; and (b) reasonable extensions of time, such as 14 days, when requested due to disability-related limitations.

Second, Mr. David respectfully requests that the Court confirm or order that all parties and subpoena recipients in this § 1782 proceeding preserve documents, communications, metadata, and electronically stored information potentially relevant to the application until the Court resolves the pending motions.

Finally, to clarify the record and prevent mistaken associations, Mr. David states that he has no

criminal convictions whatsoever and maintains a clean criminal record. Despite statements by counsel from Boies Schiller Flexner LLP in this proceeding, Mr. David has no ownership interest in, or direct involvement with, the Alfa Nero vessel or the primary foreign proceedings. His name has appeared in this matter solely through collateral communications and mistaken association.

The proposed supplemental submission will be strictly limited to the three issues identified above and will not reargue matters previously addressed by the Court. Mr. David remains committed to proceeding professionally and in full compliance with all Court directives.

For the foregoing reasons, Mr. David respectfully requests that the Court grant leave to file the narrow supplemental submission, or consider the points set forth herein directly, and provide the requested accommodations.

Respectfully submitted,

*Alki David*

/s/ Alkiviades David

Alkiviades David
[Mailing Address]
[Email Address]
[Phone Number, optional]

Dated: May 14, 2026

Mr. David may file future submissions in 14-point font.  Otherwise, all the requests herein and in Mr. David's other filings yesterday and today, see ECF Nos. 83-85, are denied as violations of the Court's May 13th Order, see ECF No. 82, procedurally improper, frivolous, or all of the above.  Mr. David is reminded that he must request - and receive - leave of Court to file anything further and that any such request shall be by letter motion not to exceed one page in length.  Regardless, Mr. David shall refrain from submitting duplicative submissions.  Failure to comply with the foregoing or other orders of the Court, including the May 13th Order, may result in sanctions.

Movants shall electronically serve this Order on Mr. David and file proof of service on ECF within three business days of the date of this endorsed letter.

The Clerk of Court is directed to terminate ECF Nos. 83 and 84.

SO ORDERED.

May 14, 2026