

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**In re Application of Yulia Guryeva-Motlokhov**
Case No. 25-mc-00098 (JMF)
**LETTER-MOTION FOR PROTECTIVE RELIEF**

Dear Judge Furman:

I respectfully seek protective relief from retaliation, intimidation, reputational attacks, and misuse of legal process by David Boies and persons acting in concert with interests adverse to me. I respectfully state that I need protection.

I am a severely disabled man who sustained a traumatic brain injury at age 21, resulting in substantial right frontal lobe damage. My TBI is real, and I am prepared to share all medical results and records as the Court directs. Despite this, I built successful businesses and lived independently for decades. I am competent and capable of participating meaningfully in these proceedings.

I respectfully request that the Court ensure my disability, medical history, or reputation are not weaponized to discredit me. I have been subjected to coordinated reputational, financial, and legal attacks linked to family disputes and retaliatory lawfare. I have zero to do with the Alfa Nero fishing expedition, except that I believe the owners are in the same ecosystem as my sister and brother-in-law. My concerns relate solely to the use of legal process and reputational pressure involving Mr. Boies and related parties.

For approximately fifteen years, I have maintained the whistleblower and media-criticism website CBSYOUSUCK.com in connection with concerns I have raised regarding media practices, legal retaliation, and related matters. My evidence will prove these matters in detail, and I respectfully ask to present it in an orderly manner. I have also been pursued by made-up accusations that I can prove and that are under appeal in California.

I further state that Anthony Pellicano offered to make these matters "go away" for monthly payments of approximately $30,000. The relevant text-message evidence has already been submitted to the Court. I also state that my partner, Asot, was murdered in Antigua, and I believe that matter may be related to Daphne Barak, who I understand works with or for David Boies.

I have no criminal record anywhere in the world, as reflected in my ACRO report. I object to statements attributed to Scott Nielson of Boies Schiller that characterized me as a sanctioned criminal. I respectfully request that assertions concerning my criminal history, sanctions status, credibility, capacity, assets, or financial position be supported by competent evidence.

I further request preservation of relevant records, including communications, financial documents, litigation materials, media communications, and documents concerning efforts to impair my credibility, capacity, assets, or financial position. I seek only basic fairness, preservation of evidence, protection from retaliation, and an opportunity to be heard. I do not intend to burden the Court. Accordingly, I respectfully request appropriate protective relief as the Court deems just and proper.

Respectfully submitted,
/s/
Alkiviades David
legal@swissx.com
May 14, 2026
Cc: Scott Nielson, Boies Schiller Flexner LLP, Counsel of Record

The Court acknowledges Mr. David's position regarding the Alfa Nero and, as noted, will consider his opposition in resolving the amended petition.  ECF No. 82.  Needless to say, all parties to this litigation are expected act professionally and in good faith.  To the extent Mr. David seeks to file evidence in conjunction with other proceedings, that request is denied.  Movants shall electronically serve this letter on Mr. David and file proof of service on ECF.  The Clerk of Court is directed to terminate ECF No. 87.

SO ORDERED.

May 18, 2026