UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
                                                          :
                                                          :
IN RE APPLICATION OF YULIA GURYEVA          :          25-MC-98 (JMF)
MOTLOKHOV FOR AN ORDER SEEKING              :
DISCOVERY PURSUANT TO 28 U.S.C. § 1782      :          ORDER
                                                          :
                                                          :
                                                          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 26, 2026, Mr. Alkiviades David's "First Amended Federal Antitrust Complaint" was entered on the docket in this action. ECF No. 100. The filing is procedurally improper and violates this Court's May 13, 2026 Order. *See* ECF No. 82; *see also* ECF No. 97, at 2. Accordingly, the Court hereby strikes the filing.

Movants shall electronically serve this Order on Mr. David and file proof of service on ECF **within three business days of the date of this Order**.

The Clerk of Court is directed to strike the filing at ECF No. 100. To preserve the filing for the record, however, the Clerk of Court should not remove the PDF altogether; instead, the Clerk of Court should seal the PDF — i.e., limit access to the Court only.

SO ORDERED.

Dated: May 27, 2026
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                United States District Judge