UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF YULIA GURYEVA-
MOTLOKHOV FOR AN ORDER SEEKING
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Case No. 25-MC-98 (JMF)

## NOTICE OF UNOPPOSED MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Patrick L. Robson, Esq., dated June 5, 2026, with exhibits and the accompanying Memorandum of Law, Interested Parties Yuksel Yildirim (a.k.a. Robert Yuksel Yildirim) and Yilport Holding A.S., hereby move this Court, before the Honorable Jesse M. Furman, United States Judge for the Southern District of New York for an order, pursuant to 28 U.S.C. § 1782 and Rule 24 of the Federal Rules of Civil Procedure:

1) permitting movants to intervene in the above-captioned proceedings; and

2) granting such further relief as the Court deems proper and just.

Counsel for Applicants Yulia Guryeva-Motlokhov, Martin De Luca, and Boies Schiller Flexner LLP represented to Robert Yuksel Yildirim and Yilport Holding A.S.'s counsel that they do not oppose the motion to intervene, "insofar as [Yildirim and Yilport] are seeking to intervene to oppose the application only as to [Yildirim and Yilport]" and not to oppose production of records as to all other interested parties.

Respectfully submitted this 5th day of June, 2026.

HUNTON ANDREWS KURTH LLP

/s/ Patrick L. Robson
Patrick L. Robson

200 Park Avenue, 52nd Floor
New York, NY 10166
probson@hunton.com
Tel: (212) 309-1000
Fax: (212) 309-1100

The motion to intervene is GRANTED as unopposed.  The Court reserves judgment on the pending Section 1782 petition.

Applicants shall electronically serve this Order on any Respondent or Interested Party that has not yet appeared in this matter and file proof of service on ECF within three business days of the date of this Order.

The Clerk of Court is directed to terminate ECF No. 120.

SO ORDERED.

June 9, 2026

2