UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                          :

IN RE APPLICATION OF YULIA GURYEVA      :
MOTLOKHOV FOR AN ORDER SEEKING     :
DISCOVERY PURSUANT TO 28 U.S.C. § 1782    :        25-MC-98 (JMF)
                          :
                          :        ORDER
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has now chastised Mr. Alkiviades David, an interested party in this case proceeding without counsel, for "flooding the docket with filings that are procedurally improper, substantively frivolous, or both" on multiple occasions. ECF No. 97 (cleaned up); *see also, e.g.*, ECF No. 82. "To curb any further litigation abuse, and because Mr. David had already filed his opposition . . . in this matter," the Court has ordered that (1) Mr. David must seek the Court's permission to file any additional documents in this case, (2) he may not file more than one such request in this matter per day, and (3) any such request must "take the form of a letter motion not to exceed one page in length." ECF No. 97, at 1-2 (cleaned up). Mr. David's vexatious litigation conduct, however, has persisted undeterred. *See, e.g.*, ECF Nos. 105, 109, 113.

To the extent Mr. David now seeks to "preserve the record" and moves for recusal as well as other miscellaneous relief, those requests are DENIED as frivolous and violative of this Court's prior Orders (1) prohibiting Mr. David from filing "more than one request to file a document in this matter per day," ECF No. 97, at 2 (emphasis omitted), and (2) from filing any request for relief that this Court has already denied, *see, e.g.*, ECF Nos. 86, 97, 109.

In addition, the Court notes that Mr. David's most recent filings, which use small font in an effort to cram more information into his one-page requests, *see* ECF Nos. 125-26, once again do not comply with the spirit of the Court's May 13, 2026 and May 21, 2026 Orders, *see* ECF Nos. 82, 97. To curb any further such abuse, the Court modifies its prior order to provide that, **if Mr. David seeks leave to file any additional materials in this action, the request shall be in 12-point font or larger with at least one-inch margins on all sides**. **Any submissions made by Mr. David that do not conform with this requirement or the Court's prior Orders may simply be disregarded as procedurally improper.**

Movants shall electronically serve this Order on Mr. David and file proof of service on ECF within three business days of the date of this Order.

SO ORDERED.

Dated: June 9, 2026
      New York, New York                             JESSE M. FURMAN
                                          United States District Judge