**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**
**Application of Yulia Guryeva-Motlokhov**
**Pursuant to 28 U.S.C. § 1782**

**Case Nos. 1:25-mc-00098 (JMF)**
**and 1:26-mc-00516**

# PRO SE NOTICE AND LETTER-MOTION OF INTERESTED PARTY ALKIVIADES ANDREW DAVID REQUESTING RECUSAL

**Alkiviades Andrew David**

SwissX Island, St. John's, Antigua and Barbuda

legal@swissx.com | +44 7879 440604

Pro Se

To: Pro Se Intake Unit

United States District Court

Southern District of New York

500 Pearl Street, Room 205

New York, NY 10007

prose@nysd.uscourts.gov

Date: 30 October 2026

**Re:** Pro se notice and letter-motion of interested party Alkiviades Andrew David regarding In re Application of Yulia Guryeva-Motlokhov, Nos. 1:25-mc-00098 (JMF) and 1:26-mc-00516; request for recusal; zero involvement; competing lawfare; refusal to answer; sovereignty of Antigua and Barbuda

I, Alkiviades Andrew David, proceeding pro se as an interested party, respectfully submit this notice and letter-motion and request that the assigned judge recuse himself.

Judge Jesse M. Furman has previously handled 1:25-mc-00098 and related proceedings involving Boies Schiller Flexner LLP, Scott Curtis Nielson, and E. Martin De Luca on behalf of Yulia Guryeva-Motlokhov. Prior orders and the handling of characterizations concerning me create an appearance of partiality that requires recusal. The continued assignment of any related application (including 1:26-mc-00516) to the same judge, while counsel for an associate of OFAC-designated persons pursue discovery against the Government of Antigua and Barbuda, compounds the appearance of bias. The judge should recuse himself.

You know I have zero involvement in the Alfa Nero, its sale, its proceeds, or the affairs of Andrey Grigoryevich Guryev or Andrey Andreevich Guryev. This is competing lawfare.

Declarations filed by Scott Curtis Nielson of Boies Schiller Flexner LLP state that the firm represents Yulia Guryeva-Motlokhov. Andrey Grigoryevich Guryev and Andrey Andreevich Guryev are on the OFAC SDN list under E.O. 14024. OFAC identified the Alfa Nero as blocked property of Andrey Grigoryevich Guryev. Yulia Guryeva-Motlokhov is UK-sanctioned as an associate of both. The applications seek discovery from the Federal Reserve Bank of New York, CHIPS, and HSBC regarding transfers tied to the $40 million sale of that yacht by the Government of Antigua and Barbuda.

I am not a party to those transfers. I am not a party to the Antigua sale. I am not a party to the trusts advanced on behalf of Yulia Guryeva-Motlokhov. I have no beneficial interest in the vessel or its proceeds. Any implication to the contrary is false, and counsel know it.

My UK ACRO Police Certificate (PC/24/174252, printed 10 December 2024) records **NO TRACE**. There are no convictions, cautions, final warnings, or reprimands on the Police National Computer. I am not on the OFAC SDN list.

I have emailed Scott Nielson repeatedly. On 7 September 2026 I demanded retraction of characterizations made about me in the earlier proceeding. On 21 September 2026 I followed up. On 23 September 2026 I sent a third notice. Counsel have refused to answer.

Prime Minister Gaston Browne of Antigua and Barbuda, whom I support fully, has described Martin De Luca as a criminal in connection with public statements concerning the Alfa Nero. Boies Schiller Flexner LLP is liable for the actions of its lawyers in this matter. The continued use of United States discovery tools to probe the Government of Antigua and Barbuda's disposition of a vessel previously identified by OFAC as blocked property of a sanctioned person, while representing the daughter of that sanctioned person, is an attempt to usurp Antigua and Barbuda sovereignty with OFAC-designated persons and their associates.

Counsel's continued pursuit of discovery and related statements, while representing the daughter of an SDN-listed person over property OFAC treated as blocked, while ignoring direct written notices from a person with a clean ACRO record who has zero involvement, and while the Prime Minister of the sovereign nation whose vessel sale is under challenge has publicly characterized one of their lawyers as a criminal, constitutes competing lawfare. The judge's prior involvement requires recusal.

**Relief sought**

I respectfully request that the Court:

1. Order the assigned judge to recuse himself from 1:25-mc-00098, 1:26-mc-00516, and any related matters;

2. Take notice that I have zero involvement in the Alfa Nero, its sale, its proceeds, or the affairs of Andrey Grigoryevich Guryev or Andrey Andreevich Guryev;

3. Direct counsel for Yulia Guryeva-Motlokhov to confirm in writing on the docket that no discovery sought in these matters is directed at me or any entity I control, and that they do not contend I have any interest or liability therein;

4. Direct counsel to respond on the docket to the unanswered notices of 7 September, 21 September, and 23 September 2026;

5. Direct counsel to cease any further reference to me in these matters; and

6. Grant such other relief as the Court deems just.

I reserve all rights.

Respectfully submitted,

/s/ Alkiviades Andrew David

Alkiviades Andrew David

Pro Se

Applications DENIED. This case is closed. Mr. David is cautioned that any further filings in this matter, let alone any further frivolous filings in this matter, may result in sanctions. The Clerk of Court is directed to terminate ECF No. 168.

SO ORDERED.

November 5, 2026